**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** DEA |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. | Case No. |
| | Same Defendant | New Defendant Yes |
| | Magistrate Judge Case Number | 23-5049-JGD |
| | Search Warrant Case Number | See below |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: Jerson Rosa Munoz     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Jason Rosa

Address: (City & State) Dorchester, Massachusetts

Birth date (Yr only): 1997   SSN (last4#): ____   Sex: M   Race: Hispanic   Nationality: Dominican

**Defense Counsel if known:** ____   Address ____

**Bar Number** ____

**U.S. Attorney Information:**

AUSA: Leah B. Foley     Bar Number if applicable ____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/24/2023     Signature of AUSA: *Leah B. Foley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jerson Rosa Munoz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | conspiracy to distribute and possess with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-5050-JGD, 23-5051-JGD, 23-5052-JGD